**Stephanie HAGERMAN, Plaintiff— Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant—Appellee.**

No. 03–2355.

United States Court of Appeals, Fourth Circuit.

Submitted April 7, 2004.

Decided April 27, 2004.

Stephanie Hagerman, Appellant pro se.

Teri Christine Smith, Social Security Administration, Philadelphia, Pennsylvania, for Appellee.

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephanie Hagerman seeks review of the magistrate judge's * order affirming the Commissioner's denial of Social Security Supplemental Income ("SSI") benefits pursuant to 20 C.F.R. § 416.920(f) (2003). Our review of the record discloses that the

---

\* The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

Commissioner's decision is based upon substantial evidence and is without reversible error. In addition, we note that new evidence submitted on appeal need not be considered because it fails to meet the requirements set forth in *Borders v. Heckler*, 777 F.2d 954, 955 (4th Cir.1985). Accordingly, we affirm the magistrate judge's order. *Hagerman v. Barnhart*, No. CA–02–956–1 (S.D.W.Va. Sept. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*